UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO.: 5:19-cv-00202

JERRY RALPH MOORE, JR. and
BARBARA DIANE MOORE                                                                PLAINTIFFS

v.

PINE BLUFF MATERIALS CO., LLC and
PINE BLUFF SAND & GRAVEL COMPANY                                       DEFENDANTS

---

**NOTICE OF FILING OF EXHIBIT IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE EXPERT TESTIMONY
OF ANGELA LEVITAN, PH.D., CPE**

---

The defendants, Pine Bluff Materials Co., LLC and Pine Bluff Sand & Gravel Company submit the following exhibit in support of their Motion to Exclude Expert Testimony of Angela Levitan, Ph.D., CPE

Exhibit B – Dr. Levitan's 3D Animation Models

The referenced exhibit is a video recording and will be filed conventionally as it is unable to be uploaded to the ECF filing system.

RESPECTFULLY SUBMITTED this the 3rd day of June, 2022.

          WHITLOW, ROBERTS, HOUSTON
          & STRAUB, PLLC

          */s/ C. Thomas Miller*
          C. Thomas Miller
          300 Broadway
          P.O. Box 995
          Paducah, Kentucky 42002-0995
          (270) 443-4516
          (270) 442-8247 fax
          tmiller@whitlow-law.com

          Attorney for Defendants Pine Bluff Materials Co., LLC and Pine Bluff Sand & Gravel Company

## CERTIFICATE OF SERVICE

      I hereby certify that I have this the 3rd day of June, 2022, electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing and mailed a copy to the following:

      Brian S. Katz, Esq., brian@brianskatz.com, 2226 Broadway, Suite 1, P.O. Box 2903, Paducah, KY 42002-2903, *Attorney for Plaintiff*

                                                    */s/ C. Thomas Miller*
                                                    C. Thomas Miller