UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY AT PADUCAH

JERRY RALPH MOORE, JR. and      :
BARBARA DIANE MOORE             :
                                :
        vs.                     :
                                : CIVIL ACTION
PINE BLUFF MATERIALS CO., LLC   : NO: 5:19-cv-00202
and PINE BLUFF SAND & GRAVEL    :
COMPANY                         :

- - -

Penns Park, Pennsylvania
Tuesday, March 29, 2022

- - -

ORAL DEPOSITION of ANGELA LEVITAN, PhD, taken pursuant to notice, held virtually, commencing at 10:02 a.m., before Angela M. King, RPR, Court Reporter - Notary Public there being present.

- - -

STREHLOW & ASSOCIATES
FULL SERVICE COURT REPORTING AGENCY
54 FRIENDS LANE, SUITE 116
NEWTOWN, PENNSYLVANIA 18940
(215) 504-4622
SERVING NJ, PA, NY & DE

1  to know was the positioning of the radio and its
2  cord on Mr. Moore's body?
3  A.  I felt that the information I was provided was
4  sufficient for me to render the opinions that I
5  did for this report, yes.
6  Q.  So at page 14 of your report, you say that the
7  radio was on Mr. Moore's life vest prior to the
8  fall.  And that right there, you insert Footnote
9  15, which is the US Army Anthropometric Survey --
10 if I said that correctly.
11    And my question is, what point was the survey
12 supporting in your report?  Is that placement of
13 the radio or what?
14 A.  I'm sorry.  Do you mind if I reference my
15 report?
16 Q.  Let's see.  Page 14, oh, absolutely.  Yes,
17 please.
18 A.  So, the Anthropometric Survey provides a lot
19 of different measurements of segments of the body.
20 And what I was looking at there is taking the
21 constraints of where Mr. Moore was at the time as
22 referenced in my scenario, and making sure that
23 given the dimensions of his body, that that part
24 of his body, the upper left chest area where the

1  microphone was, would be able to be in proximity

2  to the steel structure of the conveyor.

3      So for instance at that point in time, one of

4  the anthropometric measures that I took into

5  consideration was the acromial height in the

6  seated position.

7  Q.  What was that word?  Acromial?

8  A.  Acromial.

9  Q.  Okay.

10 A.  Would you like me to --

11 Q.  What does that mean?

12 A.  So, the acromion is the -- an

13 anthropometric -- sorry, an anatomical landmark in

14 the vicinity of the shoulder.  And so, this is the

15 distance between the acromion and the buttocks.

16 Q.  Okay.  And you said in -- in which position?

17 A.  In a -- it's referenced as in a seated

18 position.

19 Q.  Okay.

20 A.  But it, obviously, is a dimension of the body

21 that exists regardless.  It's just a difference

22 then looking at the acromial height while

23 standing, which would, obviously, reference the

24 acromion to the bottom of the feet in a standing

1  Q. Now if he was already falling at the time he
2  first grabbed onto the chain, would that increase
3  the amount of force he applied to the chain?
4  A. Increase relative to what?
5  Q. Relative to if he were in a kneeling and
6  stable position at the time that he grabbed onto
7  the chain.
8  A. Yes.
9  Q. Did you do any force calculations regarding
10 the force applied to the chain by Butch's body?
11 A. It wasn't relevant for my opinions to actually
12 calculate the exact forces.
13 Q. Okay. And did you do anything to determine
14 the capacity of the post or the post and chain
15 together?
16 A. It wasn't part of the scope of my analysis.
17 And it wasn't possible for me to look at the
18 capacity because I didn't have the post and chain
19 available to inspect or test.
20 Q. Is it true that a guardrail, by OSHA
21 standards, has to have a minimum capacity of 200
22 pounds?
23 A. It wasn't part of the scope of my analysis to
24 analyze the capacity of guardrails.

1  vicinity of where it ended up on the steel frame.
2  Q.  Now, is it possible that Mr. Moore could have
3  altered his position in relation to the conveyor
4  as he began to fall such as by grabbing onto the
5  side of the conveyor frame on the way down?
6  A.  It's possible.  And in fact, I believe that
7  he, at least for a certain amount of time, was
8  holding onto the chain.  And it changed his
9  trajectory as opposed to just falling due to
10 gravity.
11 Q.  Then your animation, it appears to -- if you
12 watch it as it's moving, it appears to show
13 Butch's body near the edge of the conveyor frame
14 as he falls.  But then, it just kind of jumps
15 immediately to the landing position.
16     Is that a fair description?
17 A.  I didn't look at the -- I didn't just review
18 that.  But the actual kinematics passed where the
19 microphone gets caught and his fall position isn't
20 exactly known and not relevant for my opinions.
21 Q.  Okay.  So, you didn't try to calculate or
22 illustrate the fall itself?
23     In other words, the part of the fall between
24 the edge of the conveyor frame and the deck,

1  correct?

2  A.  Correct.

3  Q.  Now in your illustration, he is face down.

4  You're not saying he was face down when he first

5  made contact with the deck, are you?

6  A.  Again, the position of his body on the deck

7  was taken from the materials reviewed and the

8  gentleman who -- who testified to it.

9  Q.  Do workers or anyone -- do people, typically,

10  try to move their bodies during the fall in an

11  effort to affect their position on landing?

12  A.  There are reactionary movements that occur

13  generally when we lose balance.

14  Q.  And what are the most common ones?

15  A.  Well, initial, reactions are, generally, with

16  the arms moving outward and up, directionality

17  more specific to what type of fall is occurring.

18  Q.  Do people falling from a height instinctively

19  try to move so as to try to keep their head from

20  hitting the landing?

21  A.  There are so many different types of falls.

22  You would have to be a little bit more specific

23  about the environment.

24  Q.  Falls similar to this one from a similar

1  conveyor.

2  A.  Could you rephrase as to what you mean by

3  consistent?

4  Q.  Let me just -- I am going to phrase it less

5  carefully.  It looks like he has not landed

6  directly below where the radio is.  And so, my

7  question is, did you analyze why that is?

8  A.  Yes.

9  Q.  And how did you go about that?

10 A.  Well, it's my opinion that I had enough

11 information to say that his pre-fall location was

12 in the general vicinity of the bearing and

13 where -- where he is placed in the animation.

14      We, also, have no reason to believe that the

15 eyewitnesses to the post-fall position aren't

16 being truthful.  So, we have two points of the

17 fall that we do know.  So, to be able to have that

18 lateral translation of position, there has to be

19 some interaction, some force that's introduced

20 that's not just gravity.  Because if it was

21 gravity, he would have just fallen straight down.

22      So, it's my belief that since we know that his

23 interaction with the post and chain had to have

24 occurred to make the post and chain fail because

1  there is nothing else to suggest that anything
2  else happened, is that he grabbed onto the chain
3  or already had hold of the chain when the post and
4  chain broke.  And by instinct, it wouldn't be
5  unusual for him to keep holding onto it for as
6  long as he could.  And that would potentially --
7  that would change his trajectory, is my opinion,
8  that's what happened.
9      And it changed the trajectory of his fall,
10 which caused him to move to where he landed.  And
11 that is consistent with the fact of which post
12 actually failed, the post that's on the lower end
13 of the conveyor.  So if we look at the direction
14 of the swing of the chain, that would be in the
15 direction towards where he ended up.
16 Q.  And you believe that to be the most likely
17 scenario then?
18 A.  Provided the materials that I was provided
19 based on that, yes, I do think that there was some
20 interaction there.  There may have, also, been
21 more interaction with the structure.  That's just
22 impossible to know.  And those details would not
23 be relevant to figure out for my opinions.
24 Q.  Okay.  And if he was holding onto the chain as

1  scenario with Butch, if I understood him

2  correctly, facing the conveyor and falling from

3  that position.

4      Do you remember those questions?

5  A.  Yes.

6  Q.  If I understood him correctly, if Mr. Moore

7  had fallen from a position of facing the conveyor,

8  for the microphone to get stuck where it got

9  stuck, would -- would that -- that would

10 necessitate a feet-first fall?

11     Am I understanding that?  Is that the way you

12 understood it?

13 A.  Well, I originally understood it that -- I

14 thought the question was asking that he was,

15 actually, somehow in a pre-fall position facing

16 the conveyor with his back to the bow of the

17 dredge, which would then be feet first.  Hence, my

18 initial assumption that -- well, then, you know,

19 what would it be?  That he would have to jump.

20     Then my understanding, though, as we were

21 discussing it is that we were talking about

22 whether he was facing it at the time that the

23 microphone got caught.  And it's my opinion, that

24 that's possible because there could be rotation of

1  the body. And likely, was rotation of the body
2  from the pre-fall position to the time where the
3  microphone actually got caught.
4      So at the time the microphone gets caught,
5  there is a possibility that we can categorize that
6  Mr. Moore was more facing. And when I say facing,
7  just that the front of his, the anterior portion
8  of his body was closer to the conveyor and the
9  structure versus facing away from it towards the
10 bow of the dredge.
11     So in that position, it is certainly possible
12 the rotation of the body and maybe even probable
13 that as he is falling from that pre-fall position,
14 which would not be facing the conveyor, that he
15 could rotate. And as he goes by the position
16 where the microphone gets caught, that he is
17 actually more oriented towards facing it.
18 Q.  I'm not sure I followed that. If --
19               MR. MILLER: I did.
20 BY MR. KATZ:
21 Q.  If he's facing the conveyor when the
22 microphone gets caught, he's either -- he could
23 be -- would his feet be below? Is he feet down or
24 head down?

1  A.  Again, there are scenarios where it's possible
2  it could be one or the other.  And those types of
3  specifics, as far as the kinematics of the actual
4  fall, are not -- not needed for me to know.
5      There is the possibility that he is falling
6  more head first.  In that case, I would say it
7  would be a little bit more perpendicular to the
8  conveyor at that point when the microphone goes.
9  And in that case, I would assume head first
10 relatively.  But generally speaking, there is also
11 the possibility that as he is holding onto the
12 chain and he's swinging towards the starboard
13 side, that the chest is now swinging past where
14 the microphone gets caught.  But in that position,
15 it's certainly possible the feet would be lower
16 than the head.
17     So, there are a lot of specifics that we don't
18 know.  But again, the important part for my
19 opinions are the pre-fall position and the
20 location of the microphone and the fact that his
21 chest has to be near that location at some point
22 during the fall was important for me to rule out
23 the standing and to help me position him prior to
24 the fall relative to where he was in the conveyor

1   and match that with the consistency of the other
2   materials that we had that would put him near the
3   bearing.  The actual position when the microphone
4   makes contact with the conveyor is not what was
5   important for my analysis.
6   Q.  In other words, the last thing you just said,
7   whether he was facing the conveyor when the
8   microphone got stuck, was not important to your
9   analysis?
10  A.  The exact position, correct, is not important
11  for the analysis.  I would say it's more probably
12  that he was in some way facing it because that
13  would allow the cord to make contact as opposed to
14  a scenario where his back was facing it.
15  Q.  If I'm -- looking at Exhibit 15 -- I'm sorry,
16  your Figure 15 in your report, it looks to me your
17  Figure 15, he is facing the conveyor as he's
18  falling.
19      Do you agree?
20  A.  Correct.
21  Q.  So, that would be an example of him facing the
22  conveyor while he's falling?
23  A.  Correct.
24  Q.  Okay.  All right.

C E R T I F I C A T I O N

    I, hereby certify that the proceedings and evidence noted are contained fully and accurately in the stenographic notes taken by me in the foregoing matter, and that this is a correct transcript of the same.

---------------------------
ANGELA M. KING, RPR,
Court Reporter, Notary Public

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)