1

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**Civil Action No. 5:19-CV-00202-TBR**

Jerry Ralph Moore, Jr.
and Barbara Diane Moore                              Plaintiffs

v.

Pine Bluff Materials Company, LLC and
Pine Bluff Sand and Gravel Company                   Defendants

_____

Deponent:  **JERRY RALPH MOORE**

Date:  September 23 and 24, 2021

_____

   The following noticed deposition was taken pursuant
to the applicable Rules of Civil Procedure for all
purposes allowed at 2226 Broadway, Paducah, Kentucky.

_____

*BLUEGRASS REPORTING*
Agency, LLC
providing services throughout western Kentucky

*******************

120 Spring Valley Drive, Paducah, Kentucky 42003
phone number:  270-925-1989
e-mail address:  bluegrassreporting@gmail.com

64

| | | |
|---|---|---|
| 1 | | correct? |
| 2 | A. | To the best of my knowledge. |
| 3 | Q. | Okay. And so having reread through your answer |
| 4 | | to interrogatory Number 8, is that your answer? |
| 5 | A. | Pretty much. I don't remember exactly with the |
| 6 | | pry bar. I -- I don't remember that exactly. |
| 7 | | That -- I could have been wrong about that. |
| 8 | Q. | Okay. But without getting into what was said |
| 9 | | between you and your counsel, I just need to |
| 10 | | know, did this answer come from your |
| 11 | | recollection? |
| 12 | A. | Yes. |
| 13 | Q. | Okay. |
| 14 | A. | Mostly, yes. |
| 15 | Q. | And we will get through all of the details of it |
| 16 | | as we go here. Okay. |
| 17 | | And in answering that interrogatory Number |
| 18 | | 8, did you look at any notes that you yourself |
| 19 | | had taken previously? |
| 20 | A. | Any notes that I had taken? Do you mean out of |
| 21 | | my log? |
| 22 | Q. | Or whatever. Yeah. |
| 23 | A. | Yes. Whenever this all first happened, somewhere |
| 24 | | in August, I started taking notes because I |
| 25 | | didn't know if I would remember everything or |

253

## REPORTER'S CERTIFICATE

I, ALLISON SALUS, Court Reporter and Notary Public in and for the State of Kentucky at Large, do hereby certify that the above and foregoing is, to the best of my ability, a true, correct and complete transcript of the deposition of JERRY RALPH MOORE, taken at the time and place and for the purpose set out in the caption hereof; that said witness was duly sworn by me; that said deposition was taken down in stenotype by me and thereafter transcribed; that the appearances were as set out in the caption hereof; and that no request was made by counsel for either party or by the witness that the deposition be submitted to the witness for signature.

I further certify that I am neither attorney for, nor counsel for, nor related to, nor employed by any of the parties to the action in which this deposition is taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto nor financially interested in the action.

My commission expires August 27, 2022. My I.D. number is 515872.

Given under my hand and seal of office on this the 6th day of October, 2021.

_____
ALLISON SALUS
Notary Public
State of Kentucky at Large