UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO.: 5:19-cv-00202

JERRY RALPH MOORE, JR. and
BARBARA DIANE MOORE                                                          PLAINTIFFS

v.

PINE BLUFF MATERIALS CO., LLC and
PINE BLUFF SAND & GRAVEL COMPANY                                DEFENDANTS

## ORDER

Having reviewed the parties' arguments and being otherwise sufficiently advised, it is hereby ordered that the Motion of the defendant Pine Bluff Materials Co. LLC and Pine Bluff Sand & Gravel Company to Exclude Expert Testimony of Angela Levitan, Ph.D. is GRANTED.